JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAVEN BOURMAIAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MCLANE/SUNEAST, INC, a Texas corporation; and DOES 1 through 20 inclusive,<br><br>Defendants. | CASE NO. 5:19-cv-00520-MWF-SK<br><br>**ORDER GRANTING JOINT STIPULATION SUSTAINING VOLUNTARY DISMISSAL OF FIRST-REMOVED ACTION WITHOUT PREJUDICE, DISMISSING ACTION, AND ENJOINING PLAINTIFF AND STATE COURT FROM FURTHER LITIGATING DISMISSED FIRST-REMOVED ACTION** |

# ORDER

Having reviewed and considered the Joint Stipulation Sustaining Voluntary Dismissal of First-Removed Action Without Prejudice, Dismissing Action, and Enjoining Plaintiff and State Court From Further Litigating Dismissed First-Removed Action (the "Stipulation") filed by Plaintiff ZAVEN BOURMAIAN ("Plaintiff") and Defendant McLANE/SUNEAST, INC. ("Defendant"), and good cause appearing for the same, the Stipulation shall be and hereby is GRANTED and it is hereby ORDERED as follows:

1. The action first filed by Plaintiff in the Superior Court of the State of California in and for the County of San Bernardino (the "State Court") against Defendant (the "State Court Action"), and timely removed to this Court, wherein it was assigned Case No. 5:18-cv-01173-MWF-SK (the "First Removal Action"), terminated on June 25, 2018, when Plaintiff filed a Notice of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a) or (c), dismissing the First Removal Action without prejudice (the "Notice of Dismissal"); and

2. Plaintiff's Notice of Dismissal in the First Removal Action terminated the action in its entirety, and, because the First Removal Action was never remanded to the State Court, 28 U.S.C. § 1446 ("Section 1446") deprived the State Court of further jurisdiction over the State Court Action such that the State Court could not and cannot resume jurisdiction over the State Court Action; and

3. Because the State Court had and has no power to resume proceedings where the First Removal Action was dismissed, rather than remanded,

1

**ORDER GRANTING JOINT STIPULATION SUSTAINING VOLUNTARY DISMISSAL OF FIRST-REMOVED ACTION WITHOUT PREJUDICE, DISMISSING ACTION, AND ENJOINING PLAINTIFF AND STATE COURT FROM FURTHER LITIGATING DISMISSED FIRST-REMOVED ACTION**

pursuant to Section 1446 and 28 U.S.C. § 2283, Plaintiff and the State Court shall be and hereby are permanently enjoined and restrained from further litigating, hearing, or deciding the State Court Action or any issue or matter therein; and

4. Pursuant to Fed. R. Civ. P. 41(a)(1) ("Rule 41") and consistent with the Notice of Dismissal filed by Plaintiff in the First Removal Action, which dismissed the very same Complaint on file in this action, this matter shall be and hereby is dismissed and all deadlines currently set in this action, including, without limitation, Defendant's deadline to respond to Plaintiff's Complaint, shall be and hereby are vacated; and

5. Defendant shall provide the State Court with notice of this Order by filing a copy thereof in the State Court Action; and

6. By entering into this Stipulation, the Parties do not waive and expressly reserve all claims, defenses, and challenges to Plaintiff's Complaint, this action, the State Court Action and/or any other action that Plaintiff may file against Defendant.

**IT IS SO ORDERED.**

DATED: May 1, 2019

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

2
[ORDER GRANTING JOINT STIPULATION SUSTAINING VOLUNTARY DISMISSAL OF FIRST-REMOVED ACTION WITHOUT PREJUDICE, DISMISSING ACTION, AND ENJOINING PLAINTIFF AND STATE COURT FROM FURTHER LITIGATING DISMISSED FIRST-REMOVED ACTION